## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ERAMOSI OYATHELEMI**,

    *Plaintiff,*

v.

**L J ROSS ASSOCIATES, INC.**,

    *Defendant.*

Case No. 1:20-cv-03424-DKC
Hon. Deborah K. Chasanow

Removed from the District Court of Maryland for Anne Arundel County of Glen Burnie, Maryland
Case No. D-07-CV-20-016055

| James Clarke (USDC MD #21641) | R.J. Cronkhite (USDC MD #21637) |
|---|---|
| Leverage Law Firm, LLC | Dinsmore & Shohl LLP |
| PO Box 3170 | 900 Wilshire Drive, Suite 300 |
| Crofton, MD 21114 | Troy, MI  48084 |
| T: (202) 770-7720 | T: (734) 558-5809 |
| F: (202) 888-6568 | F: (248) 647-5210 |
| leveragelawfirm@gmail.com | rj.cronkhite@dinsmore.com |
| *Attorney for Plaintiff Oyathelemi* | *Attorneys for L J Ross Associates, Inc.* |

## **STIPULATED ORDER OF DISMISSAL**

The parties having stipulated to the dismissal of this action in its entirety, with prejudice and with each side to bear their own costs and attorney's fees; and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that this action is hereby dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

**SO ORDERED.**


Dated: _____          _____
                                                       Hon. Deborah K. Chasanow
                                                       U.S. District Court Judge

**STIPULATED AND AGREED:**

| | |
|---|---|
| /s/ James Clarke | /s/ R.J. Cronkhite |
| James Clarke (USDC MD #21641) | R.J. Cronkhite (USDC MD #21637) |
| Leverage Law Firm, LLC | Dinsmore & Shohl LLP |
| PO Box 3170 | 900 Wilshire Drive, Suite 300 |
| Crofton, MD 21114 | Troy, MI  48084 |
| T: (202) 770-7720 | T: (734) 558-5809 |
| F: (202) 888-6568 | F: (248) 647-5210 |
| leveragelawfirm@gmail.com | rj.cronkhite@dinsmore.com |
| *Attorney for Plaintiff Oyathelemi* | *Attorneys for L J Ross Associates, Inc.* |

Dated:  November 22, 2022